DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LONNETRIS LENARD DURHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1508

[October 27, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 502018CF009821A.

Lonnetris Lenard Durham, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***